UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,          CASE NO.: 05-CR-50014-1FL

JOEY LEVI WILLIAMS,          HON. PAUL V. GADOLA
                                        MAG. JUDGE WALLACE CAPEL, JR.
          Defendant.
_____/

## ORDER CONTINUING
## ORDER OF DETENTION

The defendant appeared before this Court for his arraignment on March 28, 2005, based upon an Indictment charging him with conspiracy to distribute cocaine, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(A)(ii); and possession with intent to distribute cocaine and aiding and abetting, in violation of 21 U.S.C. § 846, 841(a)(1), and 841 (b)(1)(A)(ii) and 18 U.S.C.§ 2.  The Defendant was subsequently ordered detained, and an Order of Detention Pending Trial was entered on March 29, 2005.

On June 8, 2005, following arraignment on the First Superseding Indictment in this matter, a bond hearing was conducted.  The defendant has requested that the order of detention be vacated and that he be released on bond.  The reasons cited by the defendant in support of his request are that he has a serious medica l condition which requires special dietary needs; physical exercise, and close monitoring.

The government is opposed to the request for bond in this matter.  The attorney for the government states that the defendant is facing a probable term of life imprisonment in this matter. The Assistant United States Attorney also cites the fact that the defendant has prior convictions in

federal court involving illegal drugs, and further that at the time of the instant offense, he was under a term of supervised release in this court.

The Court agrees with the government in this matter. The defendant has exhibited a continued pattern of criminal behavior. Coupled with the fact that he has previous felony criminal convictions for illegal drug activity, as well as the fact that this matter occurred while under supervision by the federal probation office, I find that bond in this matter would be inappropriate.

Accordingly, the defendant's oral request for bond is hereby **DENIED.** The Order of Detention previously entered in this matter shall remain in effect.

The defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: June 9, 2005**                      s/Wallace Capel, Jr.
                                             **WALLACE CAPEL, JR.**
                                             **UNITED STATES MAGISTRATE JUDGE**


## CERTIFICATE OF SERVICE

I hereby certify that on  June 9, 2005, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:Mark C. Jones, AUSA, Kenneth R. Sasse, Federal Defender Office,  and I hereby certify that I have hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participants: United States Marshal, 600 Church St., Flint, MI 48502, Pretrial Services Officer, 600 Church St., Flint, MI 48502

                                             s/James P. Peltier
                                             James P. Peltier
                                             Courtroom Deputy Clerk
                                             U.S. District Court
                                             600 Church St.
                                             Flint, MI 48502
                                             810-341-7850